UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

W. PATRICK AERTKER, JR., ET AL

VERSUS

PLACID HOLDING COMPANY, ET AL

CIVIL ACTION

NO. 07-473-RET-CN

# ORDER

Considering the pending motion to dismiss;

**IT IS ORDERED** that the scheduling conference set for Friday, January 18, 2008, is hereby **CANCELLED** and will be reset, if necessary, once a ruling has been issued on the pending motion to dismiss.

Signed in chambers in Baton Rouge, Louisiana, January 7, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**