UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



W. PATRICK AERTKER, JR., ET AL

VERSUS

PLACID HOLDING COMPANY, ET AL

CIVIL ACTION

NO. 07-473-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 23, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss (rec.doc. 5) is denied.

Baton Rouge, Louisiana, September  11 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA